CLEMENT TRIANO, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD Co., Respondent.

APPEAL by the plaintiff from a judgment in favor of the defendant, rendered in the Second District Municipal Court, borough of Manhattan, dismissing the complaint of the plaintiff.

John W. Hutchinson, for appellant.

Sheehan & Collin, for respondent.

*Per Curiam.* Under the recent decision of the Appellate Division of the First Department, reversing the Semmer Glass Co. v. Nassau Show Case Co., 28 Misc. Rep. 577, the judgment herein must be reversed.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.

———

LIZZIE PRICE, Respondent, *v.* FISCHEL EISEN, Appellant.

APPEAL by the defendant from a judgment rendered in favor of the plaintiff, in the Municipal Court, fourth district, borough of Manhattan.

Albert J. Wise, for appellant.

Leopold Harburger, for respondent.

*Per Curiam.* It nowhere appearing that the defendant resides within the jurisdiction of the trial court, and the appellant having raised that question, the judgment must be reversed.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.